IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ P _____ D.C.
05 JUN 13 AM 8:16
ROBERT R. DI TROLIO
CLERK, U.S. DIST CT.
W. D. OF TN JACKSON

MARVIN FORGUSON AND CRISTIE FORGUSON,

    PLAINTIFFS

VERSUS                                                                                        NUMBER: 1-05-1038-T/An

CALIFORNIA REO PROPERTY MANAGEMENT
CORP., TOWN & COUNTRY REAL ESTATE
COMPANY, INC., a/k/a TOWN & COMPANY
REALTORS, LICENSED AND d/b/a TOWN &
COUNTRY, INC., REALTORS GMAC, THE COACH
APPROACH REALTY, LLC, d/b/a CRYE-LEIKE
THE COACH APPROACH REALTY, LLC, JOYCE
SHEARIN, KELLY SHEARIN, PAM FLEMING AND
LARRY FLEMING,

    DEFENDANTS

## [PROPOSED] RULE 16(b) SCHEDULING ORDER

Pursuant to the scheduling conference set by written notice, the following dates are established as the final dates for:

**INITIAL DISCLOSURES (RULE 26(a)(1)):**                 June 21, 2005

**JOINING PARTIES:**

    **PLAINTIFF:**                                                       August 21, 2005

    **DEFENDANTS:**                                              September 21, 2005

**AMENDING PLEADINGS:**

    **PLAINTIFF:**                                                       August 21, 2005

    **DEFENDANTS:**                                              September 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _Jun-13-05_

| | |
|---|---|
| **COMPLETING ALL DISCOVERY:** | February 1, 2006 |
| **REQUESTS FOR PRODUCTION, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** | February 1, 2006 |

**EXPERT DISCLOSURE (Rule 26(a)(2)):**

| | |
|---|---|
| **PLAINTIFF:** | December 1, 2005 |
| **DEFENDANTS:** | December 15, 2005 |

| | |
|---|---|
| **SUPPLEMENTATION OF EXPERT DISCLOSURE UNDER RULE 26 (e):** | January 1, 2006 |
| **DEPOSITIONS OF EXPERTS:** | January 21, 2006 |
| **FILING DISPOSITIVE MOTIONS:** | February 1, 2006 |

**FINAL LIST OF WITNESSES AND EXHIBITS (Rule 26(a)(3)):**

| | |
|---|---|
| **PLAINTIFF:** | March 17, 2006 |
| **DEFENDANT:** | April 3, 2006 |

Parties shall have 10 days after service of final lists of witnesses and exhibits to file objections under Rule 26(a)(3).

The trial of this matter is expected to last 4 days and is set for Jury Trial on May 1, 2006, at 9:30 am. A joint pretrial order is due on April 21, 2006. In the event the parties are unable to agree on a joint pretrial order, the parties must notify the Court at least ten days before trial.

OTHER RELEVANT MATTERS:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for

filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1)(A) and (a)(1)(B), all motions, except motions pursuant to FRCP 12, 56, 59 and 60 shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all the parties, or an emergency arises which precludes the matter from proceeding to trial.

**The parties are encouraged to engage in court-annexed attorney mediation or private mediation <u>on or before the close of discovery</u>.**

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

*/s/ S. Thomas Anderson*
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

DATE: June 10, 2005

3

APPROVED:

/s/ Michael L. Weinman by permission
WTH
---
MICHAEL L. WEINMAN
Attorney for Plaintiffs
P.O. Box 266
Jackson, TN 38302
731-423-5565


/s/ W. Timothy Hayes, Jr.
---
W. TIMOTHY HAYES, JR.
Attorney for Town & Country Inc.
Realtors, GMAC, Pam Fleming,
and Larry Fleming
119 S. Main Street, Suite 300
Memphis, TN 38103
901-525-8776


/s/ Bruce M. Smith by permission
W. Timothy Hayes
---
BRUCE M. SMITH
Attorney for California REO Property
Management Corp.
P.O. Box 172196
Memphis, TN 38187-2196
901-756-6300


/s/ Russell E. Reviere by permission
WTH
---
RUSSELL E. REVIERE
Attorney for The Coach Approach
Realty, LLC, D/ba Crye-Leike The Coach
Approach Realty, LLC, Joyce Shearin,
and Kelly Shearin
209 E. Main Street
P.O. Box 1147
Jackson, TN 38301-1147
731-423-2414

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 1:05-CV-01038 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT