

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARVIN FORGUSON and CRISTIE FORGUSON </br></br>Plaintiffs, </br></br>vs. </br></br>CALIFORNIA REO PROPERTY MANAGEMENT CORP.; TOWN & COUNTRY REAL ESTATE COMPANY INC.; (a/k/a TOWN & COMPANY REALTORS, licensed and d/b/a TOWN & COUNTRY INC. REALTORS GMAC; THE COACH APPROACH REALTY, LLC, dba CRYE-LEIKE THE COACH APPROACH REALTY, LLC; JOYCE SHEARIN, KELLY SHEARIN, PAM FLEMING, and LARRY FLEMING </br></br>Defendants. | NO. 1-05-1038-T/An </br> JURY TRIAL DEMANDED |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANT CALIFORNIA REO PROPERTY
MANAGEMENT'S MOTION FOR SUMMARY JUDGMENT**

It appearing to the Court that counsel for plaintiffs has filed his Unopposed Motion for Extension of Time to Respond to the Motion for Summary Judgment filed by defendant California Reo Property Management and his Certification stating that counsel for said defendant has no objection to said continuance and the court finds that said motion is well taken and should be granted.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 09-01-05

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiff shall have until December 15, 2005 to respond to the defendant California Reo Property Management's Motion for Summary Judgment.

_____
JAMES D. TODD, JUDGE

DATED: 31 August 2005

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

_____
Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Michael L. Weinman, attorney for plaintiffs, do hereby certify that I mailed a true, complete and exact copy of the foregoing pleading by depositing the same in the United States Mail, postage prepaid, addressed to:

Mr. Bruce M. Smith.  
Attorney at Law  
6000 Poplar Ave.-Suite 400.  
Memphis, TN 38119  
*Attorney for Defendants California Reo*

Mr. Timothy Hayes  
Attorney at Law  
119 S. Main Street, Suite 300  
Memphis, TN 38103  
*Attorney for Defendants Shearin*

Mr. Russell E. Reviere  
Attorney at Law  
P.O. Box 1147  
Jackson, TN 38301-1147  
*Attorney for Defendants Fleming*

This the 30th day of _____, 2005.

Michael L. Weinman



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 1:05-CV-01038 was distributed by fax, mail, or direct printing on September 1, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT