

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| MARVIN FERGUSON and CRISTIE FERGUSON<br><br>Plaintiffs,<br><br>vs.<br><br>CALIFORNIA REO PROPERTY MANAGEMENT CORP.; TOWN & COUNTRY REAL ESTATE COMPANY INC.; (a/k/a TOWN & COMPANY REALTORS, licensed and d/b/a TOWN & COUNTRY INC. REALTORS GMAC; THE COACH APPROACH REALTY, LLC, dba CRYE-LEIKE THE COACH APPROACH REALTY, LLC; JOYCE SHEARIN, KELLY SHEARIN, PAM FLEMING, and LARRY FLEMING<br><br>Defendants. | NO. 1-05-1038-T/An<br>JURY TRIAL DEMANDED |

## CONSENT ORDER GRANTING MOTION TO AMEND COMPLAINT

This matter came on to be heard on the ___21st___ day of ___December___, 2005, and it appearing to the Court that plaintiffs' Motion to Amend Complaint is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs' Motion to Amend the Complaint is granted and that plaintiffs' Amended Complaint shall be filed and served upon defendants.

_S. Thomas Anderson_
~~JAMES D. TODD,~~ JUDGE

DATED: _December 21, 2005_

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12-28-05___

(43)

APPROVED FOR ENTRY:

WEINMAN & ASSOCIATES

*(signed)* Michael L. Weinman
Michael L. Weinman, #015074
114 S. Liberty Street
P.O. Box 266
Jackson, TN 38302-0266
731-423-5565
*Attorney for Plaintiffs*

*(signed)* Bruce M. Smith by Michael L. Weinman w/ permission
Bruce M. Smith # 8513
6000 Poplar Ave.-Suite 400.
Memphis, TN 38119
*Attorney for Defendant California Reo*

*(signed)* Timothy Hayes by Michael L. Weinman w/ permission
Timothy Hayes, #13821
119 S. Main Street, Suite 300
Memphis, TN 38103
*Attorney for Defendants Shearin*

*(signed)* Russell E. Reviere by Michael L. Weinman w/ permission
Russell E. Reviere #7166
P.O. Box 1147
Jackson, TN 38301-1147
*Attorney for Defendants Fleming*

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 1:05-CV-01038 was distributed by fax, mail, or direct printing on December 28, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT