# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

MARVIN FORGUSON and          )
CRISTIE FORGUSON,            )
                             )
    Plaintiffs,            )
                             )
vs.                          )          NO.: 05-1038-T-An
                             )
CALIFORNIA REO PROPERTY      )
MANAGEMENT CORP., et al.,    )
                             )
    Defendants.            )

## ORDER GRANTING UNOPPOSED MOTION TO MODIFY
## SCHEDULING ORDER AND TO CONTINUE THE TRIAL

Before the Court is Plaintiffs' Unopposed Motion to Modify Scheduling Order and

Continue the Trial filed on December 8, 2005.  For good cause shown, the motion is

**GRANTED.**

Counsel are therefore directed to confer regarding proposed deadlines and a new trial date

and submit to the Court within 20 days from entry of this Order a proposed Amended Scheduling

Order which is consistent with the Court's normal Scheduling Order.  If counsel is unable to

agree as to an Amended Scheduling Order, they shall notify the Judge's Chambers and a

Scheduling Conference will be held.  The jury trial in this matter will be set after approval of the

1

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on __12-30-05__

Amended Scheduling Order.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Dated: December 27, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 1:05-CV-01038 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

---

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Bruce M. Smith
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Russell E. Reviere
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Honorable James Todd
US DISTRICT COURT